IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL JAMES, | ) |
| Plaintiff, | ) |
| vs. | ) |
| H.A.S. AEROSPACE, INC., CHAD DAVIES, HEIDI MICELI-DAVIES, SAM MICELI and MARGARET MICELI, | ) C.A. No. 2002-149 Erie |
| Defendants. | ) |

### RULE 41(a)(1)(ii) NOTICE OF DISMISSAL

The parties to this action, by and through their undersigned counsel, file this Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) voluntarily dismissing this action **WITH PREJUDICE**

Respectfully submitted,

KNOX McLAUGHLIN GORNALL & SENNETT, P.C.

BY: _____
Richard A. Lanzillo, Esquire
Neal R. Devlin, Esquire
120 West Tenth Street
Erie, PA  16501-1461
(814) 459-2800
Attorneys for Plaintiff

Respectfully submitted,

MCCLURE & MILLER, LLP

BY: _____
Jeffrey J. Cole, Esquire
717 State Street, Suite 701
Erie, PA  16501
(814) 453-3681
Attorneys for Defendants,
Sam Miceli and Margaret Miceli

Respectfully submitted,

JORDEN AND WHITE

BY: _____
William T. Jorden, Esquire
966 South Main Street
Meadville, PA  16335
(814) 724-1771
Attorneys for Defendants,
H.A.S. Aerospace, Inc., Chad Davies
and Heidi Miceli-Davies